**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DARRELL TUGGLE**                                                           **PETITIONER**

**V.**                                             **CIVIL ACTION NO. 3:26-CV-00039-RPC-JMV**

**BURL CAIN, et al.**                                          **RESPONDENTS**

**ORDER REQUIRING PETITIONER TO COMPLETE AND RETURN**
**COURT'S STANDARD HABEAS PETITION**

This matter comes before the Court on the *pro se* Petitioner's filing which has been construed and docketed as a Petition for a Writ of Habeas Corpus filed under 28 U.S.C. § 2241. *See* Doc. # 1. Petitioner, however, has failed to use the Court's standard form for such petitions and the Court uses these forms for the expeditious administration of habeas corpus petitions. As such, Petitioner is **DIRECTED** to complete and return the enclosed habeas corpus form within twenty-one (21) days from the date of this Order. Petitioner is warned that failure to complete and return the enclosed form may lead to the dismissal (without prejudice) of his petition for failure to prosecute and for failure to comply with an order of the Court.

**SO ORDERED**, this the 27th day of February, 2026.

                                                                 /s/ Jane Virden
                                              UNITED STATES MAGISTRATE JUDGE